IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DYLAN WEINSTEIN,<br><br>        Plaintiff<br><br>v.<br><br>NEW MEXICO JUNIOR COLLEGE, NEW MEXICO LAW ENFORCEMENT CERTIFICATION BOARD, NEW MEXICO LAW ENFORCEMENT STANDARDS AND TRAINING COUNCIL, AND WALTER COBURN (in his Individual and Official Capacities)<br><br>        Defendants. | Case No.: 2:24-cv-01262-GJF-GBW |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Dylan Weinstein ("Plaintiff" or "Weinstein") hereby respectfully submits a response to the Court's Order to Show Cause dated April 15, 2025. [ECF 8].

Plaintiff has continued to prosecute the above-captioned case, in the form of engaging in settlement discussions with the Defendants and preparing a First Amended Complaint, which was recently filed on this Court's docket. [ECF 9] and served on the parties of record via email. Plaintiff respectfully requests that the Order to Show Cause be discharged.

1

Date: April 29, 2025	Respectfully submitted,

By: */s/ Serge Krimnus*

Serge Krimnus, Esq.
Edward A. Paltzik, Esq.
Meredith Lloyd, Esq.
**Bochner PLLC**
1040 Avenue of the Americas, 15th Floor
New York, NY 10018
Telephone: (646) 971-0685
Email: serge@bochner.law
edward@bochner.law
meredith@bochner.law


Attorneys for Plaintiff