IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DYLAN WEINSTEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW MEXICO JUNIOR COLLEGE, NEW MEXICO LAW ENFORCEMENT CERTIFICATION BOARD, NEW MEXICO LAW ENFORCEMENT STANDARDS AND TRAINING COUNCIL, and WALTER COBURN (in his Individual and Official Capacities)<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01262 |

## STIPULATION OF DISMISSAL

Pursuant to the Settlement Agreement entered into by and among the Parties to this Action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that Plaintiff Dylan Weinstein's claims against New Mexico Junior College, New Mexico Law Enforcement Certification Board, New Mexico Law Enforcement Standards and Training Council, and Walter Coburn are hereby dismissed with prejudice. All Parties are to bear their respective attorneys' fees and costs.

Dated: June 27, 2025

| | |
|---|---|
| */s/ Serge Krimnus* <br> Serge Krimnus, Esq. <br> Edward Andrew Paltzik, Esq. <br> Meredith R. Lloyd, Esq. <br> **Bochner PLLC** <br> 1040 Avenue of the Americas <br> 15th Floor <br> New York, NY 10018 <br> 646-971-0685 <br> serge@bochner.law <br> edward@bochner.law <br> meredith@bochner.law <br><br> *Attorneys for Plaintiff* | /s/ *Michael S. Jahner* <br> Michael S. Jahner <br> YLAW, P.C. <br> 4908 Alameda Blvd. NE <br> Albuquerque, NM 87113-1736 <br> 505-266-3995 <br> 505-268-6694 (fax) <br> mjahner@ylawfirm.com <br><br> *Attorneys for New Mexico Junior College* <br><br> */s/ Elizabeth Perkins* <br> Elizabeth Perkins <br> J. Andrew deGraauw <br> deGraauw Law Firm PC <br> 316 Osuna Road NE, Suit 302 <br> Albuquerque, NM 87107 <br> 505-322-2144 <br> elizabeth@dglawfirmpc.com <br> drew@dglawfirmpc.com <br><br> *Attorneys for New Mexico Law Enforcement Certification Board and New Mexico Law Enforcement Standards and Training Council* <br><br> /s/ *Agnes F. Padilla* <br> Phillip W. Cheves <br> Agnes F. Padilla <br> Butt, Thornton & Baehr <br> 4101 Indian School Rotip ad, N.E. <br> Suite 300 South <br> Albuquerque, NM 87110 <br> 505-884-0777 <br> pwcheves@btblaw.com <br> afpadilla@btblaw.com <br><br> *Attorneys for Walter Coburn* |