UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DYLAN WEINSTEIN,

       Plaintiff,

vs.                                           Cause No. 2:24-CV-01262 GJF/GBW

NEW MEXICO JUNIOR COLLEGE,
NEW MEXICO LAW ENFORCEMENT
CERTIFICATION BOARD, NEW MEXICO
LAW ENFORCEMENT STANDARDS
AND TRAINING COUNCIL and
WALTER COBURN,

       Defendants.

## STIPULATED ORDER DISMISSING COMPLAINT AGAINST ALL DEFENDANTS WITH PREJUDICE

THIS MATTER is before the Court for entry of a final order dismissing this matter with prejudice in accordance with and in furtherance of the Stipulation of Dismissal filed on June 27, 2025 [doc. 28] and duly signed by all parties in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the parties' Stipulation [doc. 28] and being otherwise sufficiently advised, the Court finds that the parties' Stipulation [doc. 28] should be given full force and effect by an Order of this Court that extinguishes the Complaint, and all claims that were or could have been made against Defendants or any of them, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED[1] that the above styled cause is hereby DISMISSED with prejudice in its entirety against Defendants New Mexico Junior

---

[1] Although not all parties have filed consents or objections to this Court serving as the presiding judge pursuant to Federal Rule of Civil Procedure 73, the undersigned infers consent to enter this Stipulated Order, which was submitted to it by the parties. In the event that any party objects to the undersigned doing so, their counsel should file a notice to

College, New Mexico Law Enforcement Certification Board, New Mexico Law Enforcement Standards and Training Council and Walter Coburn.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that each party is to bear its own costs and attorney fees herein.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

Approved as to Form and Content:

YLAW, P.C.

*/s/ Michael S. Jahner*
Michael S. Jahner
*Attorneys for Defendant New Mexico Junior College*
4908 Alameda Blvd., NE
Albuquerque, NM  87113
(505) 266-3995
mjahner@ylawfirm.com

BOCHNER PPLC

*/s/ Serge Krimnus*
Serge Krimnus
Edward A. Paltzik
Meredith Lloyd
*Attorneys for Plaintiff*
1040 Avenue of the Americas, 15th Floor
New York, NY  10018
(646) 971-0685
serge@bochner.law
edward@bochner.law
meredith@bochner.law

---

that effect no later than 12:00 p.m. MDT on July 9, 2025, whereupon the undersigned will vacate the Order of Dismissal and transfer the case to a United States District Judge to repeat the same process.

Butt, Thornton & Baehr, P.C.

*/s/ Agnes Fuentevilla Padilla*
Agnes Fuentevilla Padilla
Phillip W. Cheves
*Attorneys for Defendant Walter Coburn*
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
afpadilla@btblaw.com
pwcheves@btblaw.com

deGraauw Law Firm, P.C.

*/s/ Elizabeth G. Perkins*
J. Andrew deGraauw
Elizabeth G. Perkins
*Attorneys for New Mexico Law Enforcement Certification Board and New Mexico Law Enforcement Standards and Training Council*
316 Osuna Road, NE, Suite 302
Albuquerque, NM  87107
(505) 322-2144
drew@dglawfirmpc.com
elizabeth@dglaswfirmpc.com